November 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

**PETROFAC FACILITIES MANAGEMENT INTERNATIONAL LIMITED AND PETROFAC BROWNFIELD, LTD., Appellants**

NO. 14-15-00354-CV                    V.

**IMMI TURBINES, INC., Appellee**

_____

Today the Court heard the parties' joint motion to vacate the order signed by the court below on March 27, 2015. Having considered the motion and found it meritorious, we **VACATE** the trial court's order **AND REMAND** the cause to the trial court for further proceedings.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.